DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO AVALOS-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>               Plaintiff,         )<br>                                 )<br>          v.                     )<br>                                 )<br>                                 )<br>ALEJANDRO AVALOS-SANCHEZ         )<br>                                 )<br>               Defendant.        )<br>_____) | No. CR S-06-344 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br><br>Date: September 27, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

     Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Alejandro Avalos-Sanchez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for September 20, 2006 at 9:00 AM be vacated and a new date of September 27, 2006 at 9:00 AM be set for status.

     This case was indicted on August 24, 2006.  The defense has received discovery and needs additional time to review it with the defendant.  In addition, the government is preparing a proposed plea agreement.  The defendant needs time to review that agreement.

1

It is stipulated that the period from September 20, 2006 until September 27, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                     Respectfully submitted,
                                     MCGREGOR SCOTT
                                     United States Attorney


DATED: September 18, 2006    /s/ Michael Beckwith
                             MICHAEL BECKWITH
                             Assistant U. S. Attorney


DATED: September 18, 2006    /s/ Ned Smock
                             NED SMOCK
                             Attorney for Defendant
                             ALEJANDRO AVALOS-SANCHEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: September 19, 2006

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2