DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO AVALOS-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>             Plaintiff,              )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br>ALEJANDRO AVALOS-SANCHEZ             )<br>                                     )<br>                                     )<br>             Defendant.              )<br>_____) | No. CR S-06-344 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER**<br><br>Date: October 11, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

     Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Alejandro Avalos-Sanchez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for September 27, 2006 at 9:00 AM be vacated and a new date of October 11, 2006 at 9:00 AM be set for status.

     The defense has received discovery and needs additional time to review it with the defendant.  In addition, the defendant needs additional time to investigate a criminal history issue.

1

It is stipulated that the period from September 27, 2006 until October 11, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                  Respectfully submitted,
                                  MCGREGOR SCOTT
                                  United States Attorney


DATED: September 28, 2006         /s/ Michael Beckwith
                                  MICHAEL BECKWITH
                                  Assistant U. S. Attorney


DATED: September 28, 2006         /s/ Ned Smock
                                  NED SMOCK
                                  Attorney for Defendant
                                  ALEJANDRO AVALOS-SANCHEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: October 2, 2006

```
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE
```