DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO AVALOS-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>           Plaintiff,                )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br>ALEJANDRO AVALOS-SANCHEZ             )<br>                                     )<br>                                     )<br>           Defendant.                )<br>_____) | No. CR S-06-344 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER**<br><br><br>Date: October 25, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Alejandro Avalos-Sanchez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for October 11, 2006 at 9:00 AM be vacated and a new date of October 25, 2006 at 9:00 AM be set for status.  The defense is awaiting records it has ordered from Oregon regarding Mr. Avalos-Sanchez's criminal history.

It is stipulated that the period from October 11, 2006 until October 25, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

1

3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                      Respectfully submitted,
                                      MCGREGOR SCOTT
                                      United States Attorney

DATED: October 10, 2006    /s/ Michael Beckwith
                                      MICHAEL BECKWITH
                                      Assistant U. S. Attorney

DATED: October 10, 2006    /s/ Ned Smock
                                      NED SMOCK
                                      Attorney for Defendant
                                      ALEJANDRO AVALOS-SANCHEZ


**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: October 11, 2006

_WILLIAM B. SHUBB_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE