DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO AVALOS-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>               Plaintiff,         )<br>                                  )<br>     v.                           )<br>                                  )<br>                                  )<br>ALEJANDRO AVALOS-SANCHEZ          )<br>                                  )<br>                                  )<br>               Defendant.         )<br>_____) | No. CR S-06-344 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER**<br><br><br>Date: November 29, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

     Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Alejandro Avalos-Sanchez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for October 25, 2006 at 9:00 AM be vacated and a new date of November 29, 2006 at 9:00 AM be set for status.  The defense has requested records from Oregon that are in storage.  Obtaining the records is taking longer than expected.  It is anticipated that there will be a change of plea on November 29.

     It is stipulated that the period from October 25, 2006 until November 29, 2006 be excluded in computing the time within which trial

1

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  October 23, 2006      /s/ Michael Beckwith
                              MICHAEL BECKWITH
                              Assistant U. S. Attorney


DATED:  October 23, 2006      /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              ALEJANDRO AVALOS-SANCHEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED:  October 23, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2