```
DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO AVALOS-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>             Plaintiff,                  )<br>                                          )<br>     v.                                   )<br>                                          )<br>                                          )<br>ALEJANDRO AVALOS-SANCHEZ                  )<br>                                          )<br>                                          )<br>             Defendant.                  )<br>_____) | No. CR S-06-344 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER**<br><br><br>Date: December 20, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

      Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Alejandro Avalos-Sanchez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for November 29, 2006 at 9:00 AM be vacated and a new date of December 20, 2006 at 9:00 AM be set for status.  The defense has requested records from Oregon that are in storage.  Obtaining the records is taking longer than expected.  It is anticipated that there will be a change of plea on December 20.

      It is stipulated that the period from November 29, 2006 until December 20, 2006 be excluded in computing the time within which trial

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                Respectfully submitted,
                                MCGREGOR SCOTT
                                United States Attorney


DATED:  November 28, 2006       /s/ Michael Beckwith
                                MICHAEL BECKWITH
                                Assistant U. S. Attorney


DATED:  November 28, 2006          /s/ Ned Smock
                                NED SMOCK
                                Attorney for Defendant
                                ALEJANDRO AVALOS-SANCHEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: November 29, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2