DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO AVALOS-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>          Plaintiff,                     )<br>                                          )<br>     v.                                   )<br>                                          )<br>                                          )<br>ALEJANDRO AVALOS-SANCHEZ                  )<br>                                          )<br>                                          )<br>          Defendant.                     )<br>_____) | No. CR S-06-344 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>Date: January 8, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Alejandro Avalos-Sanchez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for December 20, 2006 at 9:00 AM be vacated and a new date of January 8, 2007 at 8:30 AM be set for status.

The defense has presented evidence to the government about a prior conviction attributed to the defendant in discovery. The government is performing additional research into that prior conviction to determine whether the charged individual is actually the

1

defendant in this case.  This question will have a dramatic effect on the sentencing range in this case.

It is stipulated that the period from December 20, 2006 until January 8, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  December 15, 2006     /s/ Michael Beckwith
                              MICHAEL BECKWITH
                              Assistant U. S. Attorney


DATED:  December 15, 2006     /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              ALEJANDRO AVALOS-SANCHEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED:  December 15, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2