```
DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO AVALOS-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>ALEJANDRO AVALOS-SANCHEZ      )<br>                              )<br>                              )<br>           Defendant.         )<br>_____) | No. CR S-06-344 WBS<br><br>**STIPULATION AND ORDER**<br><br><br><br>Date: February 12, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant Alejandro Avalos-Sanchez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for February 5, 2007 at 8:30 AM be vacated and a new date of February 12, 2007 at 8:30 AM be set for status/change of plea.

Based upon evidence the defense has presented to the government disputing a prior conviction attributed to the defendant, an INS agent is communicating with the court of conviction and performing fingerprint comparisons between this defendant and the defendant in

1

that case. The government expects to resolve the issue within days, and immediately thereafter it is expected that there will be a disposition.

It is stipulated that the period from February 5, 2007 until February 12, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                   Respectfully submitted,
                                   McGREGOR SCOTT
                                   United States Attorney


DATED:   February 2, 2007          /s/ Michael Beckwith
                                   MICHAEL BECKWITH
                                   Assistant U. S. Attorney


DATED:   February 2, 2007          /s/ Ned Smock
                                   NED SMOCK
                                   Attorney for Defendant
                                   ALEJANDRO AVALOS-SANCHEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: February 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE